# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JERRY E. LOGAN,**

        **Plaintiff,**

        v.

**HANY A. EMAM, et al.,**

        **Defendants.**

**Case No. 2:16-cv-35**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On October 16, 2017, the United States Magistrate Judge issued a Report and Recommendation [ECF No. 48] recommending that the Court grant Defendants' Motion for Summary Judgment [ECF No. 34]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Report and Recommendation is **AFFIRMED** and **ADOPTED**, and for the reasons set forth in that document, the Court **GRANTS** summary judgment to Defendants on Plaintiff's Eighth Amendment medical indifference claim and **DISMISSES** Plaintiff's state-law claims without prejudice to Plaintiff asserting any such claim in state court.

        **IT IS SO ORDERED.**

_____11-14-2017_____
**DATE**

                _____
                **EDMUND A. SARGUS, JR.**
                **CHIEF UNITED STATES DISTRICT JUDGE**